**88-1059.** State, ex rel. Brown, v. Donifree. In Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1076.** Hunter v. Kiko. *Summit County,* No. 13343. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Locher, Wright and H. Brown, JJ., concur.

Sweeney, Holmes and Douglas, JJ., dissent.

**88-1111.** State, ex rel. Crissinger, v. Capots. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Douglas, Wright and H. Brown, JJ., concur.

Holmes, J., dissents.

**88-1205.** Telestar Marketing, Inc. v. Moser. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1231.** State, ex rel. Lawson, v. Fuerst. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Douglas, Wright and H. Brown, JJ., concur.

Holmes, J., dissents.